6:23-cv-00425

FILED
June 06, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____CV_____
                DEPUTY

Gary Allen Burgess, II
FCC Petersburg
PO Box 1000
Petersburg, Vir [23804]

Complaint of Injury to Right of Bond

Mr. Daniel W. Chadwick gave False Testimony on December 13, 2012 at the Detention Hearing for GARY ALLEN BURGESS with the Intent to cause injury to his Right to Bond, the following are from the Transcripts of the Hearing, which is Document #49:

1) Page# 4, Line# 20-23

"...he went AWOL at the time that the allegations was made amd was not caught for approximately a few weeks, two to three weeks later."

Actual Fact: Was AWOL for only 6 Days.

2) Page# 5, Line# 10-14

"I'm not for sure exactly where he went, I know, when they caught him, he was back home with his wife, his wife and step-daughter. It was that location, I believe, is where they caught him."

Actual Fact: I turned myself in at Darnall Hospital, where my Commander was notified.

3) Page# 7, Line# 23-24

"There were numerous photo's where he was obviously wearing his, what they call the ACU combat uniform."

Actual Fact: ACU's are unique no two patterns are the same, mine were taken and tested to match and they did not match any of my ACU's.

4) Page# 8, Line# 3-8

"yes sir, I believe -- There was several Orders. I believe there was also a no-contact order reguarding his family, which, from what I was learned from CID, was both of those orders were violated on numerous occasions."

Actual Fact: I only had a no-contact order at that time for my stepdaughter, and I had to call to get permission each time I left Post.

5) Page# 11, Line# 21-22
   "I was under the impression that CID picked him up at the at the wife's house. That's what I was told."
   Actual Fact: If Mr. Chadwick had done an investigation and relied on hearsay he would have known I turned myself in at the Hospital.

Mr Daniel W. Chadwick had worked for the FBI for 25 years at the time of this Detention Hearing and all he testified on was Hearsay, and a bunch of "I believe" this is nothow facts are brought out in a Hearing. This was done with all Intent to do INJURY to my RIGHT to BOND and the Creditality as a witness in my own Defence.

I am seeking damages in the sum of $150,000.00 for INJURY to my RIGHT to BOND. This is in accordance with 42 U.S.C. § 1983.

"without prejudice UCC 1-308"
By: *Gary Allen Burgess II*

Gary Allen Burgess #08599-380
Federal Corrections Complex
Petersburg/Medium
PO Box 1000
Petersburg, Vir [23804]

RICHMOND VA 230
02 JUN 2023 PM 7 L

RECEIVED
JUN 06 2023
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

⇔08599-380⇔
Court Clerk
Federal Court House
800 Franklin Ave; Room #380
WACO, TX 76701
United States

76701-193480